AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01370-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Livexlive Media, Inc.
was received by me on *(date)* 10/13/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Laura Bryda, who is designated by law to accept service of process on behalf of *(name of organization)* Vcorp Services, LLC Agent for Livexlive Media, Inc. on *(date)* 10/14/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/14/2020

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19808
*Server's address*

Additional information regarding attempted service, etc:
served at 1013 Centre Rd, Ste 403-B, Wilmington DE 19805 @ 1:16pm
Summons, Complaint, Civil Cover Sheet, Exhibits, Report to Patent Commissioner